UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURA REICH,<br><br>    Defendant. | No.  2:23-cv-01213 KJM SCR PS<br><br><br><br>ORDER |

    Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On March 25, 2024, the Magistrate Judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  *See* F&Rs, ECF No. 13.  The fourteen-day period has expired, and plaintiff has filed objections to the findings and recommendations.  *See* Obj., ECF No. 14.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 25, 2024 (ECF No. 13) are adopted in full;

2. Plaintiff's applications to proceed in forma pauperis (ECF Nos. 2, 15) are denied;

3. Plaintiff's October 11, 2023, amended complaint (ECF No. 7) is dismissed without further leave to amend; and

4. Plaintiff's additional request for consideration is denied (ECF No. 16) and this action is dismissed.

DATED:  October 4, 2024.

_____
UNITED STATES DISTRICT JUDGE